UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 08-510-KSF

SHANE HAFFEY, et al,                                                                                         PLAINTIFFS

V.                                                       **ORDER**

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., et al,                                                                                         DEFENDANTS

* * * * * * * * * * * * *

This matter is before the Court upon the motions pursuant to Joint Local Rule 83.2 for admission *pro hac vice* of Robert M. Zimmerman and David P. Fornshell of DINSMORE & SHOHL, LLP, Cincinnati, Ohio [DE #14-15], as co-counsel for defendant, GMAC Mortgage, LLC, herein.  The Court having considered the matter and being sufficiently advised,

**IT IS HEREBY ORDERED:**

(1)   the motions for admission *pro hac vice* of said attorneys are GRANTED to the extent set out hereinafter;

(2)   said attorneys shall supplement their motions with a statement identifying the method of training completed before use of the Court's electronic filing system;

(3)   that upon receipt of said supplemental statement, the attorneys shall be admitted to appear *pro hac vice* as co-counsel for defendant, GMAC Mortgage, LLC, in this action; and

(4)   said attorneys shall be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

This February 18, 2009.



**Signed By:**

*Karl S. Forester*  *KSF*

**United States Senior Judge**